

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00959-CV

JOSHUA JUMBO, Appellant

V.

RITTENHOUSE SRO LTD., Appellee

Appeal from the County Civil Court at Law No. 3 of Harris County. (Tr. Ct. No. 1054776).

Appellant, Joshua Jumbo, has neither established indigence nor paid, or made arrangements to pay, all the required fees. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellant, Joshua Jumbo, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 31, 2015. Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.